947 A.2d 624

IN THE MATTER OF ROGER A. LEVY, AN ATTORNEY AT LAW.

May 14, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–379, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **ROGER A. LEVY of HILLSDALE, NEW YORK,** who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three years based on discipline imposed in the State of New York for conduct that in New Jersey violates *RPC* 1.2 (failure to abide by client's decision concerning scope and objective of representation), *RPC* 1.3 (lack of diligence) and *RPC* 1.15 (failure to safeguard funds), and good cause appearing;

It is ORDERED that **ROGER A. LEVY** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.